# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Jeremy Lynn Benfield,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00203-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Nora Hunt,** | ) | |
| | ) | |
| Respondent, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2018 Order.

January 26, 2018

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court